O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBISON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JENNIFER BARRETTO, Warden,<br><br>　　　　　　Respondent. | Case No. CV-16-08013-VAP (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that (1) Ground Two and the following claims in Ground One: 1.A.II-III, 1.B.II-III, 1.C.I-III; be dismissed without prejudice as unexhausted, and (2) Respondent file an Answer to Grounds 1.A.I, 1.B.I, Three, and Four within thirty (30) days.

DATED: August 4, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE