UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. ROBISON,<br><br>Petitioner,<br><br>v.<br><br>JENNIFER BARRETTO, Warden,<br><br>Respondent. | Case No. 2:16-cv-08013-VAP (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied.

DATED: October 05, 2018

_____
Virginia A. Phillips
UNITED STATES DISTRICT JUDGE